# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON JAMES, *Plaintiff,* v. CHRISTOPHER R. BACHMAN, et. al, *Defendant.* | CIVIL ACTION NO. 22-1682 |

## ORDER

**AND NOW**, this 22nd day of March 2023, upon consideration of Defendants' Motion to Dismiss (ECF 21), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff's Amended Complaint (ECF 10) is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.